UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, INDUSTRY TRAINING FUND, *and* SCHOLARSHIP FUND,<br><br>                    Petitioners,<br><br>         -v-<br><br>960 ASSOCIATES LLC,<br><br>                    Respondent. | 25 Civ. 2599 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Petitioners have moved to confirm a June 13, 2024 arbitral award. Dkt. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, the Court sets the following briefing schedule:

- June 11, 2025: Petitioners' memorandum of law in support of their petition due.
- July 2, 2025: Respondent's opposition due.
- July 11, 2025: Petitioners' reply, if any, due.

Petitioners are to serve this order, as well as their petition and papers in support, on respondent forthwith and file proof of this service, on the docket of this case, no later than May 28, 2025.

1

SO ORDERED.

                                   *Paul A. Engelmayer*
                                   _____
                                   Paul A. Engelmayer
                                   United States District Judge

Dated: May 21, 2025
        New York, New York