UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, INDUSTRY TRAINING FUND, *and* SCHOLARSHIP FUND,<br><br>         Petitioners,<br><br>     -v-<br><br>960 ASSOCIATES LLC,<br><br>         Respondent. | 25 Civ. 2599 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  On March 28, 2025, petitioners moved to confirm a June 13, 2024 arbitral award. Dkt. 1. On May 12, 2025, after an extension, respondent answered, requesting that the Court dismiss the petition. Dkt. 11.

  On May 21, 2025, the Court set forth a briefing schedule on the pending petition. Dkt. 13. On June 11, 2025, petitioners filed a supporting memorandum, Dkt. 14, and a declaration with annexed exhibits, Dkt. 15. On July 2, 2025, respondents opposed. Dkt. 16.

  On July 11, 2025, petitioners moved to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(2), alleging that, on March 27, 2025, the Hotel & Gaming Trades Council, AFL-CIO ("Union") filed a second, related arbitration demand that remains ongoing. Dkts. 17–19. That demand, petitioners allege, substantially overlaps with the award underlying their petition and raises questions of procedural arbitrability. Dkt. 19 at 4.

  The Court directs respondent to file its response to petitioners' motion to dismiss by August 1, 2025. Petitioners' reply, if any, is due August 8, 2025.

1

Petitioners are to serve this order, as well as their motion and papers in support, on respondent forthwith and file proof of this service, on the docket of this case, no later than July 23, 2025.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 18, 2025
       New York, New York